THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ROBERT WRIGHT, Defendant-Appellant.

(No. 58457;

First District (3rd Division)—February 7, 1974.

PER CURIAM.

MEJDA, J., took no part.

James J. Doherty, Public Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* ABBAS SADEGHZADEH, Petitioner-Appellant.

(No. 58621;

First District (3rd Division)—February 7, 1974.